United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO DANIEL VALLEJO GUILLEN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-6615 |
| | § | |
| RANDY TATE, in his Official Capacity as Warden of Montgomery County Processing Center, *et al* | § § § | |

**ORDER OF DISMISSAL**

In accordance with Joint Stipulation of Dismissal with Prejudice filed on November 16, 2026 (Doc. No. 8), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED on this 20th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE